**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **JACOB JEROME TAYLOR,** | | |
| **ADC #132395** | | **PLAINTIFF** |
| **VS.** | **4:16-CV-00868 BRW/BD** | |
| **HOLLADAY,** *et al.* | | **DEFENDANTS** |

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After a careful consideration of the Recommendation, Mr. Taylor's timely objections, and upon a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Taylor's claims against Defendants Holladay, Nelson, Rose, Allen, Junior, Bangs, Wilson, M. Williams, Thompson, Hazel, Lott, Comic, Clark, Tucker, Gilbert, Scott, O'Conner, and Green are DISMISSED, without prejudice, based on his failure to state a constitutional claim. In addition, his claims against Defendant Pulaski County Regional Detention Facility are DISMISSED, with prejudice.

IT IS SO ORDERED, this 3rd day of February, 2017.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE