IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JACOB JEROME TAYLOR,
ADC #132395                                                                                           PLAINTIFF

VS.                                        4:16-CV-868-BRW-BD

HOLLADAY, *et al.*                                                                              DEFENDANTS

## ORDER

I have received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After a careful consideration of the Recommendation, Mr. Taylor's timely objections, and upon a *de novo* review of the record, I approve and adopt as this Court's findings in all respects.

Mr. Taylor's motion for preliminary injunctive relief (Doc. No. 26) is DENIED.

IT IS SO ORDERED, this 11th day of April, 2017.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE