IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JACOB JEROME TAYLOR,
ADC #132395                                                                         PLAINTIFF

VS.                               NO. 4:16-CV-868-BRW-BD

HOLLADAY, *et al.*                                                                  DEFENDANTS

## ORDER

I have received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful consideration of the Recommendation and Mr. Taylor's timely objections, and after a *de novo* review of the record, I approve and adopt the Recommendation in all respects.

Defendants' motion for summary judgment (Doc. No. 32) is GRANTED IN PART and DENIED IN PART. Mr. Taylor's claims against Defendant Moore are DISMISSED, without prejudice, based on his failure to exhaust his administrative remedies. Mr. Taylor may proceed on his failure-to-protect claim against Defendant Robinson.

IT IS SO ORDERED, this 29th day of June, 2017.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE