IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JACOB JEROME TAYLOR,
ADC #132395                                                                                    PLAINTIFF

V.                                       4:16-CV-868-BRW-BD

HOLLADAY, et al.                                                                            DEFENDANTS

## ORDER

I have received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After carefully considering the Recommendation and Mr. Taylor's timely objections, and after a *de novo* review of the record, I approve and adopt the Recommendation in all respects.

Defendant Robinson's motion for summary judgment (Doc. No. 84) is GRANTED. Mr. Taylor's claims are DISMISSED, with prejudice. In addition, Mr. Robinson's pending motions (Doc. Nos. 70, 91, 92) are DENIED, as moot.

IT IS SO ORDERED, this 22nd day of January, 2018.


/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE