IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JACOB JEROME TAYLOR,
ADC #132395                                                                                          PLAINTIFF

V.                                        4:16-CV-868-BRW-BD

HOLLADAY, et al.                                                                                   DEFENDANTS

## JUDGMENT

Based on the Order entered today, this case is DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED, this 22nd day of January, 2018.


/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE